IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBATE FAMILY FARMS, | |
| Plaintiff, | No. C 09-04836 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| LEO L. COTELLA & CO., INC., et al., | |
| Defendants. | |

On January 14, 2010, Defendants filed a Motion to Vacate Entry of Default, which is noticed for hearing on February 26, 2010. It is HEREBY ORDERED that Plaintiff's Opposition Brief shall be due on January 29, 2010, and Defendants' Reply Brief shall be due on February 5, 2010. If any party seeks to modify this briefing schedule, they must submit a request demonstrating good cause for any such modification. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: January 14, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE