1

2

3                       UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5

6  Abbate Family Farms Limited        )    **CASE NO. CV** C09-04836 JSW
   Partnership                        )
7                                     )    **STIPULATION AND ORDER**
                          Plaintiff,  )    **SELECTING ADR PROCESS**
8                                     )
              v.                      )
9  Leo L. Cotella & Co., Inc.         )
                                      )
10                                    )
                         Defendant.   )
11 _____    )

12  **I.     ADR PROCESS**

13  The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process).*

14
        **Court-connected ADR processes:**
15
        ☐   Arbitration
16
              ☐   Non-binding
17
              ☐   Binding
18
        ☐   Early Neutral Evaluation (ENE)
19
        ☐   Early Settlement Conference with a Magistrate Judge
20
        ☒   Mediation
21

22      **Private ADR process:**

23      ☐   Type of Process: _____

24          Name, address and phone number of private provider:

25          _____

26          _____

27          _____

28

                    STIPULATION AND ORDER SELECTING ADR PROCESS

                                                              NDC-ADR5

1  **II.    TIMING FOR ADR PROCESS**

2         [X]   **Cases in ENE or Mediation (or similar private process):**

3         The parties shall conduct the ADR session by  June 10, 2010 _____  *(no later than*

4  *90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

5         [ ]   **Cases in Arbitration (court-connected or private):**

6         The parties shall conduct the Arbitration by  _____  *(no later than 135 days*

7  *after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

8

9  **III.    OTHER STIPULATIONS** *(e.g.* regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

10  The parties to this action both acknowledge that Defendant is in the
11  process of filing a petition for protection under the bankruptcy laws of
   the United States.  It is expected that Defendant's petition will be filed
12  by March 19, 2010.

13

14

15

16

17  Dated:  March 12, 2010                          Dated:  March 12, 2010

18

19  /S/ .Joseph Choate, Jr. _____              /S/ David C. Lee _____
20  Plaintiff                                       Defendant
   Joseph Choate, Jr.                              David C. Lee
21

22

23  IT IS SO ORDERED.

24

25  Dated: March 15, 2010

26  United States District Judge

27

28