UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Abbate Family Farms Limited Partnership

                  Plaintiff,

v.

Leo L. Cotella & Co., Inc.

                  Defendant.

CASE NO. CV C09-04836 JSW

**STIPULATION AND ORDER SELECTING ADR PROCESS**

## I. ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

- [ ] Arbitration
  - [ ] Non-binding
  - [ ] Binding
- [ ] Early Neutral Evaluation (ENE)
- [ ] Early Settlement Conference with a Magistrate Judge
- [X] Mediation

**Private ADR process:**

- [ ] Type of Process: _____
  Name, address and phone number of private provider:
  _____
  _____
  _____

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II.  **TIMING FOR ADR PROCESS**

[x]  **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by <u>June 10, 2010</u>           *(no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)*

[ ]  **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ *(no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)*

III.  **OTHER STIPULATIONS** *(e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)*

```
The parties to this action both acknowledge that Defendant is in the
process of filing a petition for protection under the bankruptcy laws of
the United States.  It is expected that Defendant's petition will be filed
by March 19, 2010.
```

Dated: March 12, 2010                    Dated: March 12, 2010

/S/ .Joseph Choate, Jr.                  /S/ David C. Lee
Plaintiff                                Defendant
Joseph Choate, Jr.                       David C. Lee

IT IS SO ORDERED.

Dated: March 15, 2010

*/s/ Jeffrey S. White*
United States District Judge