MICHAEL M.K. SEBREE #142649
DAVID C. LEE #193743
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: msebree@fablaw.com; dlee@fablaw.com;

Attorneys for Defendants Leo L. Cotella & Co., Inc.,
Donald N. Ratto and Benedetto Ratto, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership<br><br>Plaintiff,<br><br>vs.<br><br>LEO L. COTELLA & CO., INC., a California corporation; DONALD N. RATTO, an individual; BENEDETTO RATTO, JR., an individual,<br><br>Defendants. | Case No.: C09-04836 JSW<br><br>**[PROPOSED] ORDER APPROVING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS the parties acknowledge that Defendant Leo L. Cotella & Company intends to file a Chapter 7 bankruptcy within the next week thereby automatically staying Plaintiff's action against that Defendant;

WHEREAS David C. Lee of the law firm of Fitzgerald Abbott & Beardsley LLP, on behalf of Defendants, and Joseph Choate of the law firm Choate & Choate, on behalf of Abbate Family Farms Limited Partnership, have reached a stipulation to continue the case management conference currently scheduled for March 26, 2010, at 1:30 p.m., for thirty (30) days to address the ramifications of Defendant Leo L. Cotella Company's bankruptcy filing on the remainder of the case;

WHEREAS it appearing to the satisfaction of the Court that good cause exists to approve the parties' stipulation;

1
[PROPOSED] ORDER - CASE NO.: C09-04836 JSW

3/22/10 (26517) #365012.1

1  IT IS THEREFORE ORDERED that the case management conference currently
2  scheduled for March 26, 2010, at 1:30 p.m., is continued to April 23, 2010, at 1:30 p.m.
3  IT IS SO ORDERED.
4  Dated:  March 23, 2010

Honorable Jeffrey S. White