1  MICHAEL M.K. SEBREE #142649
   DAVID C. LEE #193743
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: msebree@fablaw.com; dlee@fablaw.com;
5
   Attorneys for Defendants Leo L. Cotella & Co., Inc.,
6  Donald N. Ratto and Benedetto Ratto, Jr.

7

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| 10 | ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership | Case No.: C09-04836 JSW |
|----|----|----|
| 11 | | |
| 12 | Plaintiff, | [~~PROPOSED~~] ORDER STAYING ENTIRE ACTION PENDING RESOLUTION OF DEFENDANT LEO L. COTELLA & COMPANY'S BANKRUPTCY PROCEEDING |
| 13 | vs. | |
| 14 | LEO L. COTELLA & CO., INC., a California corporation; DONALD N. RATTO, an individual; BENEDETTO RATTO, JR., an individual, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18       WHEREAS Defendant Leo L. Cotella & Company (the "Company") filed a Chapter 7

19  bankruptcy on March 23, 2010, thereby automatically staying Plaintiff's action against the

20  Company;

21       WHEREAS the liability, if any, of the remaining Defendants, Donald Ratto and

22  Benedetto Ratto (owners of the Company), by virtue of the claims made pursuant to the

23  Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5) (hereafter "PACA"), 28 U.S.C.

24  § 1331, and 28 U.S.C. § 1367, is derivative to that of the Company, and can only be determined

25  upon completion of the bankruptcy proceedings;

26       WHEREAS David C. Lee of the law firm of Fitzgerald Abbott & Beardsley LLP, on

27  behalf of Defendants, and Joseph Choate of the law firm Choate & Choate, on behalf of Abbate

28  Family Farms Limited Partnership, have reached a stipulation to stay the action as to the

1  remaining Defendants pending completion of the bankruptcy proceedings;

2  WHEREAS it appearing to the satisfaction of the Court that good cause exists to

3  approve the parties' stipulation;

4  IT IS THEREFORE ORDERED that the action, in its entirety, is stayed pending

5  completion of the bankruptcy proceedings.

6  ~~IT IS SO ORDERED.~~

7  ~~Dated:~~

8  ~~Honorable Jeffrey S. White~~

10  The Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within ten days of the lifting of the bankruptcy stay, and this
11  matter shall thereafter be reopened.

12  IT IS SO ORDERED.

13  Dated: April 8, 2010

14  */s/ Jeffrey S. White*
   JEFFREY S. WHITE
15  UNITED STATES DISTRICT JUDGE

2
[~~PROPOSED~~] ORDER - CASE NO.: C09-04836 JSW

4/6/10 (26517) #366552.1