1  MICHAEL M.K. SEBREE #142649
   DAVID C. LEE #193743
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: msebree@fablaw.com; dlee@fablaw.com;
5
   Attorneys for Defendants Leo L. Cotella & Co., Inc.,
6  Donald N. Ratto and Benedetto Ratto, Jr.

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10 ABBATE FAMILY FARMS LIMITED              Case No.: C09-04836 JSW
   PARTNERSHIP, a California Limited
11 Partnership                             **[PROPOSED] ORDER STAYING
                                            ENTIRE ACTION PENDING
12                    Plaintiff,            RESOLUTION OF DEFENDANT LEO L.
                                            COTELLA & COMPANY'S
13          vs.                             BANKRUPTCY PROCEEDING**

14 LEO L. COTELLA & CO., INC., a California
   corporation; DONALD N. RATTO, an
15 individual; BENEDETTO RATTO, JR., an
   individual,
16
                      Defendants.
17

18      WHEREAS Defendant Leo L. Cotella & Company (the "Company") filed a Chapter 7

19 bankruptcy on March 23, 2010, thereby automatically staying Plaintiff's action against the

20 Company;

21      WHEREAS the liability, if any, of the remaining Defendants, Donald Ratto and

22 Benedetto Ratto (owners of the Company), by virtue of the claims made pursuant to the

23 Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5) (hereafter "PACA"), 28 U.S.C.

24 § 1331, and 28 U.S.C. § 1367, is derivative to that of the Company, and can only be determined

25 upon completion of the bankruptcy proceedings;

26      WHEREAS David C. Lee of the law firm of Fitzgerald Abbott & Beardsley LLP, on

27 behalf of Defendants, and Joseph Choate of the law firm Choate & Choate, on behalf of Abbate

28 Family Farms Limited Partnership, have reached a stipulation to stay the action as to the

                                      1

1   remaining Defendants pending completion of the bankruptcy proceedings;

2          WHEREAS it appearing to the satisfaction of the Court that good cause exists to

3   approve the parties' stipulation;

4          IT IS THEREFORE ORDERED that the action, in its entirety, is stayed pending

5   completion of the bankruptcy proceedings.

6          IT IS SO ORDERED.

7   Dated:                                    _____
                                             Honorable Jeffrey S. White
8

9

10  The Clerk of the Court is directed administratively to close the case for statistical purposes.
    The parties shall notify the Court within ten days of the lifting of the bankruptcy stay, and this
11  matter shall thereafter be reopened.

12  IT IS SO ORDERED.

13  Dated:  April 8, 2010                     _____
                                             JEFFREY S. WHITE
14                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER -  CASE NO.: C09-04836 JSW

4/6/10 (26517) #366552.1